IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DANNER FORD**                                                                                       **PETITIONER**

**V.**                                            **NO. 4:19-CV-2-DMB-JMV**

**PELICIA HALL, et al.**                                                 **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the order entered this day, Danner Ford's petition for a writ of habeas corpus [1] is **DENIED**. A certificate of appealability is **DENIED.**

**SO ORDERED**, this 24th day of February, 2022.

                                                               **/s/Debra M. Brown**
                                                               **UNITED STATES DISTRICT JUDGE**